|  |  |  |
|---|---|---|
| CONSTANCE HENRY, on behalf of herself and all others similarity situated<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Dr. Reddy's Laboratories, Inc.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court<br>Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-17<br><br><br><br>**NOTICE OF SETTLEMENT** |

    **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.


Dated:   February 25, 2025

                                    EQUAL ACCESS LAW GROUP, PLLC
                                    *Attorneys for Plaintiff*

                                    **/s/ David B. Reyes**
                                    By: Davis B. Reyes, Esq.
                                    68-29 Main Street,
                                    Flushing, NY 11367
                                    Tel: (630)-478-0856
                                    Email: Dreyes@ealg.law